# Court of Appeals
## Tenth Appellate District of Texas

10-24-00100-CV

In re State Farm Mutual Automobile Insurance Company
and Gregory Alan Scott

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relators' Petition for Writ of Mandamus was filed in this Court on April 4, 2024. On August 2, 2024, this appeal was abated pending resolution of the original proceeding in No. 23-0755, In re State Farm Mutual Automobile Insurance Company and Lindsey Nicole Dessart ("*Dessart*"), by the Supreme Court of Texas. *In re State Farm Mut. Auto. Ins. Co.*, 712 S.W.3d 53 (Tex. 2025). After the Texas Supreme Court issued an opinion in *Dessart*, this Court reinstated the appeal and requested a response to the Petition. In response to the decision of the Supreme Court of Texas in *Dessart*, the trial court, acting sua sponte, withdrew the order that Relators

challenge in this mandamus proceeding. Therefore, this proceeding is dismissed as moot.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  September 25, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
OT06

